# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHARON REID,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES,<br><br>　　　　　Defendant. | Case No.  2:14-cv-02151-APG-CWH<br><br>**ORDER** |

Presently before the court is Defendant Portfolio Recovery Associates, LLC's Emergency Motion to Compel Plaintiff's Deposition and for Other Relief (ECF No. 34), filed on June 8, 2016. The Court has reviewed the motion and has determined that it will not be considered on an emergency basis.

IT IS THEREFORE ORDERED that responses and replies are due in the ordinary course. Plaintiff must respond to the motion by June 27, 2016.  Defendant may reply to the motion by July 7, 2016.

IT IS FURTHER ORDERED that all pending deadlines set forth in the scheduling order (ECF No. 32) are STAYED pending the Court's resolution of Defendant's Motion to Compel Plaintiff's Deposition and for Other Relief (ECF No. 34).

IT IS FURTHER ORDERED that a hearing on Defendant's Motion to Compel Plaintiff's Deposition and for Other Relief (ECF No. 34) is set for Tuesday, August 2, 2016, at 1:30 p.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

DATED: June 10, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**